

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00001-CV

_____

IN RE BETHANY MENKHOFF, Relator

---

Original Proceeding
Trial Court No. 067-297495-18

---

Before Kerr, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

We remind the real party in interest of the work-product exceptions listed in Texas Rule of Civil Procedure 192.5(c) and of its ongoing duty under the rules to supplement its discovery responses. *See* Tex. R. Civ. P. 192.5(c), 193.5.

Per Curiam

Delivered:  February 14, 2019